B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Myers, Carl G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Myers, Cheryl J.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2141** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7355** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3326 Waukegan Road**<br>**McHenry, IL**<br>ZIP Code **60050** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3326 Waukegan Road**<br>**McHenry, IL**<br>ZIP Code **60050** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Myers, Carl G.**<br>**Myers, Cheryl J.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                        Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Myers, Carl G.**  **Myers, Cheryl J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carl G. Myers**
Signature of Debtor **Carl G. Myers**

X **/s/ Cheryl J. Myers**
Signature of Joint Debtor **Cheryl J. Myers**

Telephone Number (If not represented by attorney)

**February 4, 2010**
Date

### Signature of Attorney*

X **/s/ Richard Jones**
Signature of Attorney for Debtor(s)

**Richard Jones**
Printed Name of Attorney for Debtor(s)

**Jones & Hart Law Offices**
Firm Name
**138 Cass Street**
**Woodstock, IL 60098**

Address

**815-334-8220**
Telephone Number

**February 4, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Carl G. Myers**
**Cheryl J. Myers**
_____  Case No. _____
Debtor(s)   Chapter   **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Carl G. Myers**
                        **Carl G. Myers**
Date:   **February 4, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carl G. Myers**
         **Cheryl J. Myers**
                                                    Case No. _____
                                Debtor(s)    Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Cheryl J. Myers**
                              **Cheryl J. Myers**
Date:  **February 4, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Carl G. Myers,**
     **Cheryl J. Myers**
                                 ,
                 Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 572,000.00 | | |
| B - Personal Property | Yes | 3 | 17,495.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 722,829.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 12,716.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 49 | | 8,064,370.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,850.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,247.01 |
| Total Number of Sheets of ALL Schedules | | 63 | | | |
| Total Assets | | | 589,495.00 | | |
| Total Liabilities | | | | 8,799,915.82 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Carl G. Myers,**
**Cheryl J. Myers**

Case No. _____

_____,

Debtors    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Carl G. Myers,**                                          Case No. _____
       **Cheryl J. Myers**
_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3326 Waukegan Road, McHenry, IL** | **Joint tenancy** | **J** | **350,000.00** | **388,507.00** |
| **3865 Waynesville, Las Vegas, NV** | | **J** | **220,000.00** | **324,698.00** |
| **Time Share-Dominican Republic** | **Joint tenancy** | **J** | **2,000.00** | **624.00** |

| | | |
|---|---|---|
| Sub-Total > | **572,000.00** | (Total of this page) |
| Total > | **572,000.00** | |

  **0**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Carl G. Myers,**                                              Case No. _____
         **Cheryl J. Myers**
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account-McHenry Savings Bank** | J | 400.00 |
| | | **Checking account-Bank of America** | J | 95.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods & furnishings (McHenry residence)-debtors' possession** | J | 2,000.00 |
| | | **Miscellaneous household goods & furnishings (Las Vegas, NV)-debtors' possession** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary wearing apparel-debtors' possession** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Miscellaneous jewelry-debtors' possession** | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **8,495.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carl G. Myers,**                                                    Case No. _____
         **Cheryl J. Myers**
_____ ,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Anticipated tax refund** | J | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Carl G. Myers,**                                      Case No. _____

      **Cheryl J. Myers**

                                           ,

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chrysler Town & Country subject to lien of Consumers Co-op Credit Union-debtors' possession** | J | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **9,000.00**

(Total of this page)

Total >    **17,495.00**

Sheet __2__ of __2__ continuation sheets attached

to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re     **Carl G. Myers,**                                              Case No. _____
          **Cheryl J. Myers**
                                                        ,
                                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account-McHenry Savings Bank** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Checking account-Bank of America** | **735 ILCS 5/12-1001(b)** | **95.00** | **95.00** |
| **Household Goods and Furnishings** | | | |
| **Miscellaneous household goods & furnishings (McHenry residence)-debtors' possession** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Miscellaneous household goods & furnishings (Las Vegas, NV)-debtors' possession** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel-debtors' possession** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** | | | |
| **Miscellaneous jewelry-debtors' possession** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Anticipated tax refund** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

Total:          **8,495.00**          **8,495.00**

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Carl G. Myers,**
      **Cheryl J. Myers**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| **Chase Home Finance** **Attention:  Bankruptcy Department** **3415 Vision Drive** **Columbus, Oh 43219** | | J | 3326 Waukegan Road, McHenry, IL | | | | | |
| | | | Value $       **350,000.00** | | | | **286,943.00** | **0.00** |
| Account No. | | | Notice only | | | | | |
| **Chase Home Finance** **c/o Codilis & Assoc.** **15W030 N. Frontage Rd., #100** **Burr Ridge, IL 60527** | | J | | | | | | |
| | | | Value $       **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | Mortgage | | | | | |
| **Citimortgage, Inc.** **MC0023** **Post Office Box 9442** **Gaithersburg, MD 20898-9442** | | J | 3865 Waynesville, Las Vegas, NV | | | | | |
| | | | Value $       **220,000.00** | | | | **273,315.00** | **53,315.00** |
| Account No. | | | Auto loan | | | | | |
| **Consumers Co-Op Credit Union** **2750 Washington Street** **Waukegan, IL 60085** | | J | 2006 Chrysler Town & Country | | | | | |
| | | | Value $       **9,000.00** | | | | **9,000.00** | **0.00** |
|   **1**   continuation sheets attached | | | Subtotal (Total of this page) | | | | **569,258.00** | **53,315.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
_____,
                                       Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Second mortgage | | | | | |
| **GMAC Mortgage Corporation** **Post Office Box 4622** **Waterloo, Io 50702-5345** | | J | 3865 Waynesville, Las Vegas, NV | | | | | |
| | | | Value $       **220,000.00** | | | | **51,383.00** | **51,383.00** |
| Account No. | | | Second mortgage | | | | | |
| **National City Mortgage** **Post Office Box 1820** **Dayton, OH 45401-1820** | | J | 3326 Waukegan Road, McHenry, IL | | | | | |
| | | | Value $       **350,000.00** | | | | **100,664.00** | **37,607.00** |
| Account No. | | | Annual dues | | | | | |
| **Perennial Vacation Club** **1625 State Route 88, #104** **Minden, NV 89423** | | J | Time Share-Dominican Republic | | | | | |
| | | | Value $       **2,000.00** | | | | **624.00** | **0.00** |
| Account No. | | | Home owners assoc. dues | | | | | |
| **Riverwalk Place Homeowners Assoc.** **c/o Anthony Esposito, Registered Ag** **3336 Waukegan Road** **McHenry, IL 60050** | | J | 3326 Waukegan Road, McHenry, IL | | | | | |
| | | | Value $       **350,000.00** | | | | **0.00** | **0.00** |
| Account No. | | | Association dues | | | | | |
| **Riverwalk Place Homeowners Assoc.** **c/o Phillip J. Robertson** **60-B W. Terra Cotta Ave., #137** **Crystal Lake, IL 60014** | | J | 3326 Waukegan Road, McHenry, IL | | | | | |
| | | | Value $       **350,000.00** | | | | **900.00** | **900.00** |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **153,571.00** | **89,890.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **722,829.00** | **143,205.00** |

B6E (Official Form 6E) (12/07)

.

In re    **Carl G. Myers,**                                                    Case No. _____
     **Cheryl J. Myers**

_____,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    1    continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Carl G. Myers,**                                        Case No. _____
         **Cheryl J. Myers**
                                                    ,
                              Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2007** | | | | | | |
| **Internal Revenue Service** **230 South Dearborn Street** **STOP 5013-CHI** **Chicago, Il 60604** | | J | **Income taxes** | | | | | | 0.00 |
| | | | | | | | **12,716.00** | | **12,716.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to                     Subtotal               | 0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)     **12,716.00**  **12,716.00**

Total                  | 0.00
(Report on Summary of Schedules)   **12,716.00**  **12,716.00**

B6F (Official Form 6F) (12/07)

In re **Carl G. Myers,**                          Case No. _____
          **Cheryl J. Myers**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **1st AYD Chemical Corp.** <br> **Post Office Box 5298** <br> **Elgin, IL 60121** | | J | **Personal liability for corp. debt** | | | | 980.65 |
| Account No. <br><br> **A-1 Equipment Sales & Service** <br> **1002 Courtaulds Drive** <br> **Woodstock, IL 60098** | | J | **Peronsal liability for corp. debt** | | | | 251.04 |
| Account No. <br><br> **A.H. Office Coffee Services** <br> **1151 Rohlwing Road** <br> **Rolling Meadows, IL 60008** | | J | **Personal liability for corp. debt** | | | | 658.63 |
| Account No. <br><br> **A2B Vehicle Transport, Inc.** <br> **3115 Foothill Blvd., #M165** <br> **La Crescenta, CA 91214** | | J | **Personal liability for corp. debt** | | | | 350.00 |
| __48__ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 2,240.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
      **Cheryl J. Myers**                                            Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Absolute Sound** **814 N. Front Street, #A** **McHenry, IL 60050** | | | | | | | | | 1,210.00 |
| Account No. | | | J | | Peronsal liability for corp. debt | | | | |
| **Ace Hardware** **215 N. Spring Street** **Elgin, IL 60120** | | | | | | | | | 69.59 |
| Account No. | | | J | | Peronsal liability for corp. debt | | | | |
| **AER** **3311 Corporate Drive** **Joliet, IL 60431** | | | | | | | | | 14,810.79 |
| Account No. | | | J | | Peronsal liability for corp. debt | | | | |
| **All Star Towing & Transporation** **11878 Illinois Route 47** **Huntley, IL 60142** | | | | | | | | | 32.00 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Alloy Wheel Repair Specialists** **22073 N. Pepper Rd., Unit E** **Barrington, IL 60010** | | | | | | | | | 2,362.27 |

Sheet no. __1__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal                  **18,484.65**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**                                                      Case No. _____
      **Cheryl J. Myers**
_____,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Allstar Auto Glass** **1244 Capitol Drive, Unit B** **Addison, IL 60101** | | J | Personal liability for corp. debt | | | | 439.25 |
| Account No. **American Eagle Bank** **556 Randall Road** **S. Elgin, Il 60177** | | J | Personal liability for corp. debt | | | | 2.61 |
| Account No. **American Express** **Customer Service** **Post Office Box 7863** **Ft. Lauderdale, FL 33329-7863** | | J | Personal liability for corp. debt | | | | 1,222.78 |
| Account No. **American First Aid Services** **784 Church Raod** **Elgin, IL 60123** | | J | Peronsal liability for corp. debt | | | | 106.22 |
| Account No. **American Gases** **3949 Grove Ave.** **Gurnee, IL 60031** | | J | Personal liability for corp. debt | | | | 475.64 |

Sheet no. __2__ of __48__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    2,246.50

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                      Case No. _____
       **Cheryl J. Myers**

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Anchor Towing 90 East Street Crystal Lake, IL 60014** | | | J | | | | | 306.57 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Antioch Chrysler Dodge Jeep 105 Route 173 Antioch, IL 60002** | | | J | | | | | 64.30 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Aramark Uniform Services Post Office Box 7177 Rockford, IL 61126** | | | J | | | | | 2,977.18 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Arlington Heights Ford 801 W. Dundee Rd. Arlington Heights, IL 60004** | | | J | | | | | 237.69 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Associated Tire & Battery 6208 W. Roosevelt Rd. Oak Park, IL 60304** | | | J | | | | | 2,907.00 |

Sheet no. __3__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,492.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
    **Cheryl J. Myers**

Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **AT&T** **Attn: Bankruptcy Department** **Post Office Box 57907** **Murray, UT 84157** | | J | | | | | X | 1,121.29 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Athena Glass Company** **6521 Commercial Road** **Crystal Lake, IL 60014** | | J | | | | | | 1,237.46 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Auburndale Recycling Center** **10453 S. George Ave., Box 137** **Auburndale, WI 54412** | | J | | | | | | 255.24 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Audiosmith** **17 E. Grand** **Fox Lake, IL 60020** | | J | | | | | | 220.88 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Auto Dealer Investments** **970 Oaklawn** **Elmhurst, IL 60126** | | J | | | | | | 2,400,000.00 |

Sheet no. __4__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,402,834.87

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                      Case No. _____
         **Cheryl J. Myers**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Auto Nation** **Post Office Box 141149** **Irving, TX 75014** | | J | | | | | | 331.96 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Auto Tech Center** **4005 Elm Street** **McHenry, IL 60050** | | J | | | | | | 307.16 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Auto USA** **Post Office Box 406909** **Atlanta, GA 30384** | | J | | | | | | 1,930.65 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Autobytel, Inc.** **Post Office Box 30860** **Los Angeles, CA 90030** | | J | | | | | | 2,484.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Autosource Marketing** **518 S. Route 31, #393** **McHenry, IL 60050** | | J | | | | | | 5,350.00 |

Sheet no. __5__ of __48__ sheets attached to Schedule of          Subtotal          | 10,403.77
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                          Case No. _____
          **Cheryl J. Myers**
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **Autotech & Niles Marketing 1006 Auburn Street Rockford, IL 61103** | | J | | | | | 92.93 |
| Account No. | | | Personal liability for corp. debt-Notice only | | | | |
| **Autotrader.Com c/o Johnathan Neil & Assoc. 71 W. Main Street, #304 Freehold, NJ 07728** | | J | | | | | 0.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Autotrader.com, LLC Post Office Box 932207 Atlanta, GA 31193** | | J | | | | | 10,370.33 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **Autotransport.Com Inc. 3950 W. 155th Street Markham, IL 60428** | | J | | | | | 1,300.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Autozone AZ Commercial Post Office Box 791409 Baltimore, MD 21279** | | J | | | | | 7,021.92 |

Sheet no. __6__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,785.18

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
     **Cheryl J. Myers**                                        Case No. _____
                                   ,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**B&B Automotive**<br>**913 . Front Street**<br>**McHenry, IL 60050** | | J | Personal liability for corp. debt | | | | 615.00 |
| Account No.<br>**Balash Advertising**<br>**1 Trans Am Plaza, #320**<br>**Oak Brook Terrace, IL 60181** | | J | Peronsal liability for corp. debt | | | | 112,420.26 |
| Account No.<br>**Barrington Dodge**<br>**495 W. Northwest Highway**<br>**Barrington, IL 60010** | | J | Personal liability for corp. debt | | | | 211.00 |
| Account No.<br>**Barry Ennessey**<br>**1091 Partridge Lane**<br>**Lake Zurich, IL 60047** | | J | Personal liability for corp. debt | | | | 15,000.00 |
| Account No.<br>**Bear Oil Distributors**<br>**740 N. Larch Avenue**<br>**Elmhurst, IL 60126** | | J | Peronsal liability for corp. debt | | | | 25.53 |

Sheet no. **7** of **48** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **128,271.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**                                                          Case No. _____
        **Cheryl J. Myers**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bekin Exterminating**<br>**840 Verdi Court**<br>**Woodstock, IL 60098** | | J | | Peronsal liability for corp. debt | | | | 212.40 |
| Account No.<br><br>**Benoy Motor Sales**<br>**1790 S. Eastwood Drive**<br>**Woodstock, IL 60098** | | J | | Personal liability for corp. debt | | | | 1,526.17 |
| Account No.<br><br>**Bestway Towing**<br>**5021 W. Elm Street**<br>**McHenry, IL 60050** | | J | | Personal liability for corp. debt | | | | 1,056.00 |
| Account No.<br><br>**BG Products of IL**<br>**Post Office Box 181180**<br>**Fairfield, OH 45018** | | J | | Peronsal liability for corp. debt | | | | 871.13 |
| Account No.<br><br>**Blue Sky**<br>**5000 Executive Parkway, #275**<br>**San Ramon, CA 94583** | | J | | Peronsal liability for corp. debt | | | | 3,109.82 |

Sheet no. __8___ of __48__ sheets attached to Schedule of                    Subtotal              | 6,775.52
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
       **Cheryl J. Myers**
                                          ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Brite-O-Matic Manufacturing 527 W. Algonquin Rd. Arlington Heights, IL 60005** | | J | | Peronsal liability for corp. debt | | | | 1,060.20 |
| Account No. **Bumper to Bumber/Lee Auto Parts Auto-Wares-Illinois 440 Kirtland Street SW Grand Rapids, MI 49507** | | J | | Personal liability for corp. debt | | | | 1,285.16 |
| Account No. **Buss Ford 111 S. Route 31 McHenry, IL 60050** | | J | | Personal liability for corp. debt | | | | Unknown |
| Account No. **Call One Post Office Box 4044 Carol Stream, IL 60197** | | J | | Personal liability for corp. debt | | | | 696.06 |
| Account No. **Call One Post Office Box 88454 Chicago, IL 60680** | | J | | Peronsal liability for corp. debt | | | | 4,699.13 |

Sheet no. __**9**__ of __**48**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,740.55

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
                                       ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Capital One Auto Finance Bankruptcy Department Post Office Box 93016 Long Beach, CA 90809** | | J | | | | | | 680.21 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Carfax, Inc. 16630 Collection Center Drive Chicago, IL 60693** | | J | | | | | | 4,728.45 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Carsdirect.com Dept. LA 23419 Pasadena, CA 91185** | | J | | | | | | 3,213.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Cartridge World 17 E. Crystal Lake Plaza Crystal Lake, IL 60014** | | J | | | | | | 426.37 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Chase Auto Finance Attn:  Dealer Reserve Dept. Post Office Box 9197 Garden City, NY 11530-9197** | | J | | | | | | 793,849.30 |

Sheet no. __10__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

802,897.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
       **Cheryl J. Myers**

                                               ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Chicago Parts & Sound** **c/o Franks, Gerkin & McKenna** **Post Office Box 5** **Marengo, IL 60152** | | | | | | | | | 5,082.61 |
| Account No. | | | J | | Peronsal liability for corp. debt | | | | |
| **Chicago Parts & Sound** **635 Wheat Lane** **Wood Dale, IL 60191** | | | | | | | | | 5,275.44 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Chrysler Corporation** **c/o Bank of America** **91514 Collection Center, D** **Chicago, IL 60693** | | | | | | | | | 70,207.66 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Chrysler Financial** **Post Office Box 9223** **Farmington, MI 48333-9223** | | | | | | | | | 1,254.97 |
| Account No. 5466 1600 6315 5921 | | | J | | Credit card debt | | | | |
| **Citi Cards** **Post Office Box 6500** **Des Moines, IA 50368-8901** | | | | | | | | | 49,428.96 |
| Sheet no. __11__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | | | 131,249.64 |

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl G. Myers,**                                        Case No. _____
       **Cheryl J. Myers**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5466 1601 6433 5265**<br><br>**Citi Cards**<br>**Post Office Box 6500**<br>**Sioux Falls, SD 57117-6500** | | J | **Credit card debt** | | | | **6,797.19** |
| Account No. **5466 1601 6433 5265**<br><br>**Citibank Cards**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | | J | **Credit card debt** | | | | **6,797.19** |
| Account No.<br><br>**Citizens Auto Finance/Great Bank**<br>**c/o Frantz Ward, LLP**<br>**2500 Key Center, 127 Public Square**<br>**Cleveland, OH 44114-1230** | | J | **Personal liability for corp. debt** | | | | **25,013.85** |
| Account No.<br><br>**ComCast**<br>**2508 West Route 120**<br>**McHenry, Il 60050** | | J | **Personal liability for corp. debt** | | | | **980.26** |
| Account No. **1476548045**<br><br>**ComEd**<br>**Attn.:  Revenue Management**<br>**2100 Swiss Drive**<br>**Oak Brook, Il 60523** | | J | **Personal liability for corp. debt** | | | | **4,644.72** |

Sheet no. __**12**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**44,233.21**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                          Case No. _____
         **Cheryl J. Myers**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Crash 1 Collision Center** **5409 Northwest Highway** **Crystal Lake, IL 60014** | | | J | | | | | |
| | | | | | | | | 202.74 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Cross Check, Inc.** **Post Office Box 6008** **Petaluma, CA 94955** | | | J | | | | | |
| | | | | | | | | 2,059.84 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **CRS Engineering** **33 Center Drive, Unit A** **Gilberts, IL 60136** | | | J | | | | | |
| | | | | | | | | 39.76 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Crystal Clean** **c/o Heritage Crystal Clean** **13631 Collections Center Dr.** **Chicago, IL 60693-0136** | | | J | | | | | |
| | | | | | | | | 307.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Crystal Lake Brake & Auto** **154 Virginia Street** **Crystal Lake, IL 60014** | | | J | | | | | |
| | | | | | | | | 130.30 |

Sheet no. __**13**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,739.64

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
        **Cheryl J. Myers**

Case No. _____

————————————————————————————————————,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Crystal Lake Chrysler Jeep** <br>**5404 S. Route 31** <br>**Crystal Lake, IL 60012** | | J | Personal liability for corp. debt | | | | 662.77 |
| Account No. <br><br>**Crystal Lake Pontiac** <br>**6305 Northwest Hwy** <br>**Crystal Lake, IL 60014** | | J | Peronsal liability for corp. debt | | | | 358.07 |
| Account No. <br><br>**CVR** <br>**7000 Village Drive** <br>**Buena Park, CA 90621** | | J | Peronsal liability for corp. debt | | | | 53.13 |
| Account No. <br><br>**Daewoo Motor America, Inc.** <br>**1055 W. Victoria Street** <br>**Compton, CA 90220** | | J | Personal liability for corp. debt | | | | 1,357.16 |
| Account No. <br><br>**Dales Window Cleaning** <br>**Post Office Box 153** <br>**Belvidere, IL 61008** | | J | Peronsal liability for corp. debt | | | | 147.49 |

Sheet no. __**14**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,578.62

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                        Case No. _____
     **Cheryl J. Myers**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dealer Track**<br>**Post Office Box 6129**<br>**New York, NY 10087** | | J | Peronsal liability for corp. debt | | | | 4,564.82 |
| Account No.<br><br>**DealerImpact Systems**<br>**7725 Douglas Avenue**<br>**Urbandale, IA 50322** | | J | Peronsal liability for corp. debt | | | | 1,828.84 |
| Account No.<br><br>**Dealermine Corp.**<br>**8305 SE Monterey Ave., #210**<br>**Portland, OR 97086** | | J | Personal liability for corp. debt | | | | 18.86 |
| Account No.<br><br>**Dealerpeak**<br>**223 SE 3rd Ave.**<br>**Portland, OR 97214** | | J | Personal liability for corp. debt | | | | 4,085.00 |
| Account No.<br><br>**Dealership Development, Inc.**<br>**1250 Grove Avenue, #305**<br>**Barrington, IL 60010** | | J | Personal liability for corp. debt | | | | 200.00 |

Sheet no. __15__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,697.52

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                                 Case No. _____
         **Cheryl J. Myers**
_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for corp. debt | | | | |
| **Dealertrick** **Post Office Box 6129** **New York, NY 10249** | | J | | | | | 1,985.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Dealix Corp.** **Dept. CH 17309** **Palatine, IL 60055** | | J | | | | | 418.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Delware Place Bank** **190 E. Delaware Place** **Chicago, IL 60611** | | J | | | | | 2,246.58 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Dent Wizard** **c/o Bank of America** **3867 Collections Center Dr.** **Chicago, IL 60693** | | J | | | | | 75.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Dentic, Inc.** **Post Office Box 1281** **Highland Park, IL 60035** | | J | | | | | 2,200.00 |

Sheet no. __16__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,924.58**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl G. Myers,**
     **Cheryl J. Myers**
                                                    ,
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Dex** **AT&T Real Yellow Pages** **8519 Innovation Way** **Chicago, IL 60682** | | J | | | | | | 1,468.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **DHL Express** **Post Office Box 4723** **Huston, TX 77210** | | J | | | | | | 35.16 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **DLR Solutions** **Post Office Box 573** **Spring Grove, IL 60081** | | J | | | | | | 304.81 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Edwin Cubero** **1633 N. 76th Court** **Elmwood Park, IL 60707** | | J | | | | | | 405.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Enterprise Oil Company** **Slot 303263** **Post Office box 66973** **Chicago, IL 60666** | | J | | | | | | 1,973.92 |

Sheet no. __17__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,186.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
                                      ,

Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for corp. debt | | | | |
| Enterprise Rental Round Lake 604 W. Rollins Road Round Lake, IL 60073 | | J | | | | | 90.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| Erickson Auto Trim 2210 Lathrop Avenue Racine, WI 53405 | | J | | | | | 1,189.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| Extreme Ford 5213 Northwest Highway Crystal Lake, IL 60039 | | J | | | | | 25,855.66 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| Extreme Jeep, Inc. 3017 W. Route 120 McHenry, IL 60050 | | J | | | | | 52,418.87 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| Fairway Golf Cars 150 W. Crystal Street Cary, IL 60013 | | J | | | | | 109.66 |

Sheet no. __18__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**79,663.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl G. Myers,**             Case No. _____
       **Cheryl J. Myers**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Federal Express** **Post Office Box 94515** **Palatine, IL 60094** | | J | | | | | | 51.32 |
| Account No. | | | | Personal liability for corp. debt-Notice only | | | | |
| **Federal Express** **c/o North Shore Agency** **270 Spagnoli Road** **Melville, NY 11747** | | J | | | | | | 0.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Fields Chrysler Jeep Dodge** **670 Frontage Road** **Northfield, IL 60093** | | J | | | | | | 52.47 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Fifth Third Bank** **Cust. Ser. Dept./Mail Drop 1090G1** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | | J | | | | | | Unknown |
| Account No. | | | | Personal liability for corp. debt-Notice only | | | | |
| **Fifth Third Bank** **c/o Polsinelli Shughart** **161 N. Clark, #4200** **Chicago, IL 60601** | | J | | | | | | 0.00 |

Sheet no. __**19**__ of __**48**__ sheets attached to Schedule of          Subtotal          103.79
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
        **Cheryl J. Myers**
_____,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **First Impression** **327A Old McHenry** **Long Grove, IL 60047** | | J | | | | | | 185.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Four Wheel Drive** **Post Office Box 57** **Columbiana, OH 44408** | | J | | | | | | 1,909.65 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Fox Lake Toyota/Scion** **75 S. Route 12** **Fox Lake, IL 60020** | | J | | | | | | 183.02 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **FP Mailing Solutions** **Dept. 4272** **Carol Stream, IL 60122-4272** | | J | | | | | | 34.54 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Francotyp-Postalia, Inc.** **Dept. 4272** **Carol Stream, IL 60122** | | J | | | | | X | 80.85 |

Sheet no. __20__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,393.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
        **Cheryl J. Myers**                                                        Case No. _____

_____,
                                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gerber Auto Collision** <br> **3006 Route 120** <br> **McHenry, IL 60051** | | J | Personal liability for corp. debt | | | | 2,201.85 |
| Account No. <br><br> **Glenns Glass Repair** <br> **1985 Church Road** <br> **Aurora, IL 60505** | | J | Peronsal liability for corp. debt | | | | 622.87 |
| Account No. <br><br> **Great American Business Products** <br> **6701 Concord Park Dr.** <br> **Houston, TX 77040** | | J | Peronsal liability for corp. debt | | | | 78.89 |
| Account No. <br><br> **Greater Chicago Auto Auction** <br> **20401 Cox Avenue** <br> **Matteson, IL 60443** | | J | Peronsal liability for corp. debt | | | | 636.12 |
| Account No. <br><br> **Greater Milwaukee AA** <br> **8711 W. Brown Deer Rd.** <br> **Milwaukee, WI 53224** | | J | Personal liability for corp. debt | | | | 810.62 |

Sheet no. __21__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,350.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**                           Case No. _____

_____,
                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>H.C.S.<br>213-37 39th Avenue<br>Bayside, NY 11361 | | J | Personal liability for corp. debt | | | | 2,370.50 |
| Account No.<br><br>Hardt, Stern & Kayne, PC<br>2610 Lake Cook Road, #200<br>Riverwoods, IL 60015 | | J | Personal liability for corp. debt | | | | 731.00 |
| Account No.<br><br>Harris<br>c/o Riebandt & DeWald<br>1237 S. Arlington Hts Rd., Box 1880<br>Arlington Heights, IL 60006-1880 | | J | Personal liability for corp. debt-Notice only | | | | 0.00 |
| Account No. **Multiple accounts**<br><br>Harris, NA<br>Dealer Reserve Dept.<br>3800 Golf Road, Box 5037<br>Rolling Meadows, IL 60008 | | J | Personal liability for corp. debt | | | | 2,414.08 |
| Account No.<br><br>Herb Kuhn Equipment Sales<br>205 Indian Boundary Rd.<br>Plainfield, IL 60544 | | J | Peronsal liability for corp. debt | | | | 611.72 |

Sheet no. __22__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                                  (Total of this page)      6,127.30

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl G. Myers,**
    **Cheryl J. Myers**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Heritage Crystal Clean**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693** | | J | Personal liability for corp. debt | | | | 307.00 |
| Account No. <br><br>**Hiller Ford**<br>**6455 S. 108th Street**<br>**Franklin, WI 53132** | | J | Peronsal liability for corp. debt | | | | 2,855.92 |
| Account No. <br><br>**Home State Bank**<br>**40 Grant Street**<br>**Crystal Lake, Il 60014** | | J | Personal liability for corp. debt-Overdraft protection account | | | | 157.56 |
| Account No. <br><br>**Homenet**<br>**1605 Main Street, #910**<br>**Sarasota, FL 34236** | | J | Peronsal liability for corp. debt | | | | 35.00 |
| Account No. <br><br>**Horizon Bank**<br>**515 Franklin Square**<br>**Michigan City, IN 46360** | | J | Personal liability for corp. debt | | | | 456.43 |

Sheet no. __23__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  3,811.91

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
          **Cheryl J. Myers**                                              Case No. _____

_____,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Hunt Automotive Electronics 24607 Schoenherr Warren, MI 48089** | | J | | | | | | **Unknown** |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **IL Office St. Fire Marshall Div Boiler & Pressure 1035 Stevenson Drive Springfield, IL 62703** | | J | | | | | | **195.00** |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Image Masters Automotive c/o Edward Kirt 3143 Debra Lane Racine, WI 53403** | | J | | | | | | **Unknown** |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Inland Arts & Graphics 14440 W. Edison Drive, Box 575 New Lenox, IL 60451** | | J | | | | | | **133.37** |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Interstate Battery Systems 1160 Flex Court Lake Zurich, IL 60047** | | J | | | | | | **557.65** |

Sheet no. __24__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **886.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl G. Myers,**
      **Cheryl J. Myers**
Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Interstate Battery Systems**<br>**333 State Road**<br>**Island Lake, IL 60042** | | J | | Personal liability for corp. debt | | | | 802.23 |
| Account No.<br><br>**ITW Wynn's US**<br>**75 Remittance Dr., #6342**<br>**Chicago, IL 60675** | | J | | Personal liability for corp. debt | | | | 127.12 |
| Account No.<br><br>**J & B**<br>**3213 Ezra Avenue**<br>**Zion, IL 60099** | | J | | Personal liability for corp. debt | | | | 2,660.00 |
| Account No.<br><br>**Jack Wolf Chrysler Jeep, Inc.**<br>**Post Office Box 250**<br>**1615 N. State Street**<br>**Belvidere, IL 61008** | | J | | Personal liability for corp. debt | | | | 853.69 |
| Account No.<br><br>**Jan-Pro Of Northern IL**<br>**16WS. Frontage Rd., #33**<br>**Burr Ridge, IL 60527** | | J | | Peronsal liability for corp. debt | | | | 1,994.94 |

Sheet no. __25__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **6,437.98**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                  Case No. _____

            **Cheryl J. Myers**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for corp. debt | | | | |
| **Just Energy** **35190 Eagle Way** **Chicago, IL 60678-1351** | | J | | | | | 290.37 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Just Tires Mt. Prospect** **102 E. Rand Road** **Mount Prospect, IL 60056** | | J | | | | | 12,333.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Kelley Williamson Company** **Post Office Box 17082** **Rockford, IL 61110** | | J | | | | | 1,647.01 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **KeyTrak, Inc.** **Post Office Box 4346** **Houston, TX 77210** | | J | | | | | 15,000.00 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **Lake Auto Supply** **Post Office Box 535** **Crystal Lake, IL 60039** | | J | | | | | 790.03 |

Sheet no. __26__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
           (Total of this page)      30,060.41

B6F (Official Form 6F) (12/07) - Cont.

In re      **Carl G. Myers,**
           **Cheryl J. Myers**                                                    Case No. _____

                                                        ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| Lee Auto Parts/Bumber to Bumper 2301 S Ashland Ave. Chicago, IL 60608 | | J | | | | | | 2,195.09 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Liberty Auto City 1000 E. Park Ave. Libertyville, IL 60048 | | J | | | | | | 248.90 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Libertyville MItsubishi 1119 S. Milwaukee Ave. Libertyville, IL 60048 | | J | | | | | | 48.32 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Lighting Maintenance & Repair Post Office Box 147 Fox Lake, IL 60020 | | J | | | | | | 298.74 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| LKQ Corp. 2101 Beloit Ave. Janesville, WI 53546 | | J | | | | | | 1,200.00 |

Sheet no. __27__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           3,991.05

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
     **Cheryl J. Myers**    Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **LKQ Corp. 2101 Beloit Avenue Janesville, WI 53546** | | J | | | | | 2,140.11 |
| Account No. | | | Peronsal liability for corp. debt | | | | |
| **M A P Automotive 1000 Camera Avenue, #D Saint Louis, MO 63126** | | J | | | | | 320.31 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Maaco Coll Repair & Auto Paint Ctr 2826 Barney Court McHenry, IL 60051** | | J | | | | | 515.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Manheim Chicago 20401 Cox Avenue Matteson, IL 60443** | | J | | | | | 150.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Manheim Milwaukee 561 27th Street Caledonia, WI 53108** | | J | | | | | 9.00 |

Sheet no. __28__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,134.42**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl G. Myers,**
     **Cheryl J. Myers**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Manheims Auto Auction**<br>**1190 Lancaster Road**<br>**Manheim, PA 17545** | | J | Peronsal liability for corp. debt | | | | 88.35 |
| Account No.<br><br>**Marathon Towing**<br>**Post Office Box 1942**<br>**McHenry, IL 60050** | | J | Personal liability for corp. debt | | | | 108.00 |
| Account No.<br><br>**Master's Touch Interiors, LLC**<br>**9712 Wright Road**<br>**Harvard, IL 60033** | | J | Personal liability for corp. debt | | | | 860.53 |
| Account No.<br><br>**McHenry Area Chamber of Commerce**<br>**1257 N. Green Street**<br>**McHenry, IL 60050** | | J | Personal liability for corp. debt | | | | 75.00 |
| Account No.<br><br>**McHenry County Club**<br>**280 N. John Street**<br>**McHenry, IL 60050** | | J | Peronsal liability for corp. debt | | | | 1,650.00 |

Sheet no. __29__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,781.88

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
         **Cheryl J. Myers**                                                    Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **McHenry Muffler** <br> **907 W. Route 120** <br> **McHenry, IL 60050** | | J | | Personal liability for corp. debt | | | | 220.00 |
| Account No. <br><br> **McHenry NAPA Auto Parts** <br> **Lake Auto Supply** <br> **Post Office Box 535** <br> **Crystal Lake, IL 60039** | | J | | Personal liability for corp. debt | | | | 471.26 |
| Account No. <br><br> **MDC Environmental Serv.** <br> **c/o ARM Solutions** <br> **1746-F S. Victoria Ave., #344** <br> **Ventura, CA 93003-6538** | | J | | Personal liability for corp. debt-Notice only | | | | 0.00 |
| Account No. <br><br> **MDC Environmental Services** <br> **Post Office Box 673043** <br> **Milwaukee, WI 53267** | | J | | Personal liability for corp. debt | | | | 79.55 |
| Account No. <br><br> **Metlife Small Business Ctr.** <br> **Post Office Box 804466** <br> **Kansas City, MO 64180-4466** | | J | | Personal liability for corp. debt | | | | 69.23 |

Sheet no. __30__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         840.04

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                    Case No. _____
         **Cheryl J. Myers**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Metro Milwaukee Auto Auction** **561 27th Street** **Caledonia, WI 53108** | | J | | | | | | 180.00 |
| Account No. | | | | Medical services | | | | |
| **MHS Physicians** **Post Office Box 5081** **Janesville, WI 53547-5081** | | J | | | | | | 1,377.60 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Michael J. O'Malley & Assoc.** **107 1/2 W. Prospect Ave.** **Mount Prospect, IL 60056** | | J | | | | | | 2,100.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Mid-American Heating & Air Cond.** **2402 Spring Ridge, #1** **Spring Grove, IL 60081** | | J | | | | | | 990.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **MidAmerican Energy** **Post Office Box 8020** **Davenport, IA 52808** | | J | | | | | | 12,465.74 |

Sheet no. __31__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,113.34

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
       **Cheryl J. Myers**
                                                **Debtors**,

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Midwest Auto Seal** **1153 Lee Street, #151** **Des Plaines, IL 60016** | | | J | | | | | 188.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Midwest Hub Cap & Wheel** **Post Office Box 241** **Fox River Grove, IL 60021** | | | J | | | | | 360.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Midwest Wheel Covers** **Post Office Box 0241** **Fox River Grove, IL 60021** | | | J | | | | | 282.72 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Miller Motors** **1196 Milwaukee Ave.** **Burlington, WI 53105** | | | J | | | | | 321.24 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Minuteman Press** **3410 W. Elm Street** **McHenry, IL 60050** | | | J | | | | | 279.27 |

Sheet no. __32__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,431.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                    Case No. _____
          **Cheryl J. Myers**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Modern Consumer Driversloans.Com 270 Lafayette Steet, #201 New York, NY 10012** | | J | Peronsal liability for corp. debt | | | | 1,611.50 |
| Account No. <br><br> **Nicor Post Office Box 2020 Aurora, Il 60507-2020** | | J | Personal liability for corp. debt | | | | 2,040.82 |
| Account No. <br><br> **Northern Key & Lock 4702 Route 176 Crystal Lake, IL 60014** | | J | Peronsal liability for corp. debt | | | | 120.12 |
| Account No. <br><br> **Northwest Voltwagon Post Office Box 9967 Daytona Beach, FL 32120** | | J | Personal liability for corp. debt | | | | 272.00 |
| Account No. <br><br> **Novus Windshield Repair 2237 N. Meridian Rd. Chana, IL 61015** | | J | Personal liability for corp. debt | | | | 215.00 |

Sheet no. __33__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,259.44

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Carl G. Myers,**
        **Cheryl J. Myers**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ormsby Motors**<br>**50 W. Main Street**<br>**Crystal Lake, IL 60014** | | J | Peronsal liability for corp. debt | | | | 108.28 |
| Account No.<br><br>**Oz Wheel Repair**<br>**726 Lacy Avenue**<br>**Streamwood, IL 60107** | | J | Peronsal liability for corp. debt | | | | 60.00 |
| Account No.<br><br>**P.D.R.**<br>**2542 Live Oak Lane**<br>**Buffalo Grove, IL 60089** | | J | Peronsal liability for corp. debt | | | | 1,771.56 |
| Account No.<br><br>**Paetec**<br>**Post Office Box 3243**<br>**Milwaukee, WI 53201** | | J | Personal liability for corp. debt | | | | 53.68 |
| Account No.<br><br>**Palmen Motors**<br>**5431 75th Street**<br>**Kenosha, WI 53142** | | J | Personal liability for corp. debt | | | | 222.20 |

Sheet no. __34__ of __48__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **2,215.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl G. Myers,**
**Cheryl J. Myers**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Paper Tiger** **1101 N. Estes Avenue** **Gurnee, IL 60031** | | | J | | | | | 675.00 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Performance Software** **Post Office Box 60042** **Fort Myers, FL 33906** | | | J | | | | | 375.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Peterson Roofing, Inc.** **403 N Salem** **Arlington Heights, IL 60005** | | | J | | | | | 1,630.82 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Pitney Bowes Global Financial Serv.** **Post Office Box 856460** **Louisville, KY 40285** | | | J | | | | | 49.07 |
| Account No. | | | | Peronsal liability for corp. debt | | | | |
| **Pitstop Crystal Lake** **7402 Teckler Blvd.** **Crystal Lake, IL 60014** | | | J | | | | | 1,196.84 |

Sheet no. __35__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,926.73

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
_____,
           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Power Line Supply**<br>**1430 Reliable Parkway**<br>**Chicago, IL 60686** | | J | | Personal liability for corp. debt | | | | 72.65 |
| Account No.<br><br>**Precision Service & Parts**<br>**282 Messner Drive**<br>**Wheeling, IL 60090** | | J | | Personal liability for corp. debt | | | | 1,294.91 |
| Account No.<br><br>**Precision Service & Parts, Inc.**<br>**c/o McMahan & Sigunick, Ltd.**<br>**412 S. Wells Street, 6th Floor**<br>**Chicago, IL 60607** | | J | | Personal liablity for corp. debt | | | | 11,115.11 |
| Account No.<br><br>**Premier Wheel Repair**<br>**500 Ridgemont Road**<br>**Collinsville, IL 62234** | | J | | Personal liablity for corp. debt | | | | 830.49 |
| Account No.<br><br>**Pro Finish**<br>**649 Chase Avenue**<br>**Elk Grove Village, IL 60007** | | J | | Personal liability for corp. debt | | | | 728.70 |

Sheet no. __36__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,041.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
    **Cheryl J. Myers**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Purchase Power**<br>**Pitney Bowes**<br>**Post Office Box 856042**<br>**Louisville, KY 40285** | | J | Personal liability for corp. debt | | | | 2,007.10 |
| Account No.<br><br>**Quality Oil Company**<br>**55 North 400 East**<br>**Valparaiso, IN 46383** | | J | Personal liability for corp. debt | | | | 23,279.96 |
| Account No.<br><br>**R/K Autobody**<br>**266 E. Prairie Street**<br>**Crystal Lake, IL 60014** | | J | Personal liability for corp. debt | | | | 4,109.21 |
| Account No.<br><br>**Ray Chevrolet Geo Suzuki**<br>**39 N. Route 12**<br>**Fox Lake, IL 60020** | | J | Personal liability for corp. debt | | | | 859.58 |
| Account No.<br><br>**Reichert Chevrolet**<br>**5220 E. Northwest Highway**<br>**Crystal Lake, IL 60014** | | J | Personal liability for corp. debt | | | | 311.85 |

Sheet no. __37__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,567.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Results One** **c/o Steve Salutric** **1212 Lake Side Lane** **Carol Stream, IL 60188** | | J | | | | | | 0.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Results One Financial, LLC** **945 Oaklawn Ave.** **Elmhurst, IL 60126** | | J | | | | | | 31,505.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Reynolds & Reynolds** **23150 Network Place** **Chicago, IL 60673** | | J | | | | | | 1,526.65 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Rick & Lou's, Inc.** **5955 Virginia Rd.** **Crystal Lake, IL 60014** | | J | | | | | | 1,310.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Roadrunners Auto Transport** **3950 W. 155th Street** **Markham, IL 60428** | | J | | | | | | 162.56 |

Sheet no. __38__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,504.21

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl G. Myers,**
      **Cheryl J. Myers**
                                                    Case No. _____
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for corp. debt | | | | |
| **Rockford Auto Parts**<br>**923 Seminary Street**<br>**Rockford, IL 61104** | | J | | | | | 125.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Rockford Industrial Welding**<br>**Post Office Box 5404**<br>**Rockford, IL 61125** | | J | | | | | 148.70 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Ron Hopkins Ford**<br>**1045 E. Chicago Street**<br>**Elgin, IL 60120** | | J | | | | | 361.15 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Rosen Hyundai of Algonquin**<br>**771 S. Algonquin Road**<br>**Algonquin, IL 60102** | | J | | | | | 25.73 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Rosen Nissan, Suzuki Kia Daewoo**<br>**5505 S. 27th St.**<br>**Milwaukee, IL 53221** | | J | | | | | 220.60 |

Sheet no. __**39**__ of __**48**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          881.18

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl G. Myers,**                                  Case No. _____
           **Cheryl J. Myers**

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Roush Performance Products** <br>**12445 Levan Road** <br>**Livonia, MI 48150** | | J | Personal liability for corp. debt | | | | 6,528.18 |
| Account No. <br><br>**S&S Automotive** <br>**740 N. Larch Avenue** <br>**Elmhurst, IL 60126** | | J | Personal liability for corp. debt | | | | 2,485.51 |
| Account No. <br><br>**Safety Kleen Corp.** <br>**Post Office Box 650509** <br>**Dallas, TX 75265-0509** | | J | Personal liability for corp. debt | | | | 405.00 |
| Account No. 6011 3710 0266 5569 <br><br>**Sams Club** <br>**Post Office Box 981064** <br>**El Paso, TX 79998** | | J | Personal liability for corp. debt | | | | 135.00 |
| Account No. <br><br>**Scantex Office Systems** <br>**Post Office Box 1204** <br>**McHenry, IL 60050** | | J | Personal liability for corp. debt | | | | 53.45 |

Sheet no. __**40**__ of __**48**__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)      **9,607.14**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carl G. Myers,**                                   Case No. _____
        **Cheryl J. Myers**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Sentry Select Insurance** **Box 88315** **Milwaukee, WI 53288-0315** | | J | | | | | | 2,573.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Shell Gas** **3110 W. Route 120** **McHenry, IL 60050** | | J | | | | | | 531.29 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Sign A Rama USA** **6217 Northwest Highway** **Crystal Lake, IL 60014** | | J | | | | | | 641.53 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Speedway Distributors, Inc.** **Post Office Box 9** **Belleville, KS 66935** | | J | | | | | | 526.25 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Speedway Superamerica, LLC** **Attn: Credit Customer Serv.** **Post Office Box 1590** **Springfield, OH 45501** | | J | | | | | | 2,610.66 |

Sheet no. __41__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,882.73**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl G. Myers,**                                                        Case No. _____
          **Cheryl J. Myers**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Stans Office Technologies**<br>**1375 S. Eastwood Drive**<br>**Woodstock, IL 60098** | | J | | Personal liability for corp. debt | | | | 255.84 |
| Account No.<br><br>**Staples Business Advantage**<br>**Dept. Det. 2368**<br>**Post Office Box 83689**<br>**Chicago, IL 60696** | | J | | Personal liability for corp. debt | | | | 607.03 |
| Account No.<br><br>**Statland & Valley**<br>**111 E. Wacker Drive, #2601**<br>**Chicago, IL 60601** | | J | | Personal liability for corp. debt | | | | 625.00 |
| Account No.<br><br>**Superior Auto Parts, Inc.**<br>**1003 Vernon Street**<br>**Altoona, WI 54720** | | J | | Personal liability for corp. debt | | | | 51.50 |
| Account No.<br><br>**Superior Sound**<br>**740 N. Larch Avenue**<br>**Elmhurst, IL 60126** | | J | | Personal liability for corp. debt | | | | 4,651.94 |

Sheet no. __42__ of __48__ sheets attached to Schedule of                                    Subtotal          | 6,191.31 |
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Talro Auto Insurance**<br>**4900 W. Belmont**<br>**Chicago, IL 60641** | | J | | **Personal liability for corp. debt** | | | | 120.00 |
| Account No.<br><br>**That'A Great News**<br>**Post Office Box 877**<br>**Cheshire, CT 06410** | | J | | **Personal liability for corp. debt** | | | | 179.00 |
| Account No.<br><br>**That'A Great News**<br>**c/o Direct Receivable Mgmt. Corp.**<br>**Post Office Box 4735**<br>**Manchester, NH 03108** | | J | | **Personal liability for corp. debt-Notice only** | | | | 0.00 |
| Account No.<br><br>**The Match Man Co.**<br>**Post Offic ebox 5310**<br>**Vernon Hills, IL 60061** | | J | | | | | | 655.84 |
| Account No.<br><br>**Tire Kingdom**<br>**Post Office Box 406010**<br>**Atlanta, GA 30384** | | J | | **Personal liability for corp. debt** | | | | 767.39 |

Sheet no. __43__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,722.23**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
      **Cheryl J. Myers**
                                                           ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Top Coverage, Ltd.** **963 E. Chicago Street** **Elgin, IL 60120** | | | | | | | | | 1,898.00 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Total Car Total Care** **5409 E. Northwest Highway** **Crystal Lake, IL 60014** | | | | | | | | | 92.76 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Tri-County Truck Tops** **Post Office Box 279** **Algonquin, IL 60102** | | | | | | | | | 1,184.77 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Tribune Interactive** **14891 Collection Center Drive** **Chicago, IL 60693** | | | | | | | | | 3,900.00 |
| Account No. | | | J | | Personal liability for corp. debt | | | | |
| **Tuscany** **2811 Tuscany Drive** **Elkhart, IN 46514-7639** | | | | | | | | | 30.22 |

Sheet no. __44__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,105.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**
    **Cheryl J. Myers**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Unishippers** **2500 W. Higgins Rd., #1110** **Hoffman Estates, IL 60169** | | J | | | | | | 847.72 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132** | | J | | | | | | 870.00 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **Upton Properties, Inc.** **Post Office Box 899** **Antioch, IL 60002** | | J | | | | | | 1,494.66 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **US Bank** **Post Office Box 790408** **Saint Louis, MO 63179** | | J | | | | | | 22,161.36 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| **US Bank Dealer Reserve** **Post Office Box 2188** **Oshkosh, WI 54903-2188** | | J | | | | | | 4,137,176.72 |

Sheet no. __45__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,162,550.46

B6F (Official Form 6F) (12/07) - Cont.

In re **Carl G. Myers,**
　　　**Cheryl J. Myers**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Viking Dodge, Inc. Post Office Box 537 Crystal Lake, IL 60014 | | J | | | | | | 824.86 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Vintage Parts, LLC Post Office Box 376 Beaver Dam, WI 53916 | | J | | | | | | 546.95 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| Volt-Wagon Post Office box 9967 Daytona Beach, FL 32120 | | J | | | | | | 435.57 |
| Account No. | | | | Personal liability for corp. debt | | | | |
| VRS Transport 984 A Lee Street Des Plaines, IL 60016 | | J | | | | | | 2,551.41 |
| Account No. | | | | Personal liability for corp. debt-Notice only | | | | |
| VRS Transport c/o Cosley Law Office 1855 Rohlwing Rd., #D Rolling Meadows, IL 60008 | | J | | | | | | 0.00 |

Sheet no. __46__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,358.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carl G. Myers,**                                                                Case No. _____
      **Cheryl J. Myers**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for corp. debt | | | | |
| **Walter Alarm Services**<br>**Post Office Box 522**<br>**Crystal Lake, IL 60039** | | J | | | | | 249.50 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Waste Management**<br>**Post Office Box 4648**<br>**Carol Stream, IL 60197** | | J | | | | | 864.79 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Wheel Pros**<br>**1329 Gateway Dr.**<br>**Elgin, IL 60124** | | J | | | | | 35.00 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Whitey's Towing**<br>**520 Cary-Algonquin Road**<br>**Cary, IL 60013** | | J | | | | | 198.19 |
| Account No. | | | Personal liability for corp. debt | | | | |
| **Yellow Book**<br>**Post Office Box 660052**<br>**Dallas, TX 75266** | | J | | | | | 1,048.80 |

Sheet no. __47__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,396.28

B6F (Official Form 6F) (12/07) - Cont.

In re     **Carl G. Myers,**
      **Cheryl J. Myers**

Case No. _____

_____,
            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Zanck, Coen & Wright** <br> **40 Bring Street** <br> **Crystal Lake, IL 60014** | | J | **Personal liability for corp. debt** | | | | 250.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __48__ of __48__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **250.00**

Total
(Report on Summary of Schedules)  **8,064,370.82**

B6G (Official Form 6G) (12/07)

.

In re    **Carl G. Myers,**                                                    Case No. _____
         **Cheryl J. Myers**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Carl G. Myers,**                                    Case No. _____
          **Cheryl J. Myers**

_____,
Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Carl G. Myers**
         **Cheryl J. Myers**                                    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Unemployed** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): **Unemployment compensation** | $ 758.00 | $ 1,092.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 758.00 | $ 1,092.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 758.00 | $ 1,092.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,850.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Carl G. Myers**
       **Cheryl J. Myers**                                                    Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,459.19 |
|    a. Are real estate taxes included?    Yes **X**    No ___ | | |
|    b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 500.00 |
|         b. Water and sewer | $ | 80.00 |
|         c. Telephone | $ | 80.00 |
|         d. Other  **Disposal** | $ | 70.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 250.00 |
| 6. Laundry and dry cleaning | $ | 80.00 |
| 7. Medical and dental expenses | $ | 600.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 350.00 |
| 10. Charitable contributions | $ | 150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 0.00 |
|         b. Life | $ | 0.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 75.00 |
|         e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 277.00 |
|         b. Other   **See Detailed Expense Attachment** | $ | 3,575.82 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|    Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 9,247.01 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ | 1,850.00 |
| b. | Average monthly expenses from Line 18 above | $ | 9,247.01 |
| c. | Monthly net income (a. minus b.) | $ | -7,397.01 |

**B6J (Official Form 6J) (12/07)**

In re   **Carl G. Myers**
       **Cheryl J. Myers**                                   Case No. _____

                                       Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| Second mortgage | $ | 310.00 |
| Las Vegas-mortgage | $ | 2,117.82 |
| Las Vegas-second mortgage | $ | 980.50 |
| Home Owners Assoc.-McHenry | $ | 100.00 |
| Home Owners Assoc.-Las Vegas | $ | 67.50 |
| **Total Other Installment Payments** | $ | 3,575.82 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carl G. Myers**
**Cheryl J. Myers**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**65**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **February 4, 2010**           Signature    **/s/ Carl G. Myers**
                                                      **Carl G. Myers**
                                                      Debtor

Date    **February 4, 2010**           Signature    **/s/ Cheryl J. Myers**
                                                      **Cheryl J. Myers**
                                                      Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Carl G. Myers**
       **Cheryl J. Myers** _____ Case No. _____

                                                Debtor(s)            Chapter     **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010-Employment** |
| **$81,000.00** | **2009-Employment** |
| **$171,500.00** | **2008-Employment** |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,416.00** | **2010 Unemployment compensation** |
| **$7,604.00** | **2009-Unemployment compensation** |
| **$107,991.00** | **2008-Gross receipts from consulting-auto warranties business** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chase Home Finance v. Myers; Case No.: 09CH2224** | **Foreclosure** | **22nd Judicial Circuit, McHenry County, IL** | **Pending** |
| **Chicago Parts & Sound v. Myers Motors, et al; Case No.:  09SC1977** | **Small claims** | **22nd Judicial Circuit McHenry County, IL** | **Judgment rendered in favor of plaintiff** |
| **Precision Service & Parts, Inc. v. Myers Motors, et al; Case No.:  09AR931** | **Arbitration** | **22nd Judicial Circuit, McHenry County, IL** | **Judgment rendered in favor of plaintiff** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richard T. Jones** <br> **Jones & Hart Law Offices** <br> **138 Cass Street, Box 1693** <br> **Woodstock, IL 60098** | **2009/2010** | **Filing fee plus amount stated in fee disclosure** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                        NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF                              DOCKET NUMBER                    STATUS OR DISPOSITION
GOVERNMENTAL UNIT

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Myers Motors, LLC** | **20-4385696** | **Extreme Ford-Kia 5213 Northwest Highway Crystal Lake, IL 60014** | **Sales & service of automobiles** | **5/2006-11/2008** |
| **Extreme Jeep, Inc.** | **36-4117952** | **3017 W. Route 120 McHenry, IL 60050** | **Sales & service of automobiles** | **2002-08/2009** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                                DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                          DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                             OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE                    AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                       OR DESCRIPTION AND
                                                                       VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date **February 4, 2010**                    Signature    **/s/ Carl G. Myers**
                                                          **Carl G. Myers**
                                                          Debtor

Date **February 4, 2010**                    Signature    **/s/ Cheryl J. Myers**
                                                          **Cheryl J. Myers**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Carl G. Myers**
     **Cheryl J. Myers**                                         Case No. _____
                                        Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Chase Home Finance** | **Describe Property Securing Debt:** <br> **3326 Waukegan Road, McHenry, IL** |
|---|---|

Property will be (check one):
  ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    □ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **Citimortgage, Inc.** | **Describe Property Securing Debt:** <br> **3865 Waynesville, Las Vegas, NV** |
|---|---|

Property will be (check one):
  □ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  ■ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Consumers Co-Op Credit Union** | **Describe Property Securing Debt:**<br>**2006 Chrysler Town & Country** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mortgage Corporation** | **Describe Property Securing Debt:**<br>**3865 Waynesville, Las Vegas, NV** |

Property will be (check one):
    ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                          Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**3326 Waukegan Road, McHenry, IL** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            □ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February 4, 2010**            Signature  **/s/ Carl G. Myers**
                                                **Carl G. Myers**
                                                Debtor


Date  **February 4, 2010**            Signature  **/s/ Cheryl J. Myers**
                                                **Cheryl J. Myers**
                                                Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Carl G. Myers**
      **Cheryl J. Myers**

Debtor(s)

Case No.
Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,800.00** |
| Prior to the filing of this statement I have received | $ | **1,800.00** |
| Balance Due | $ | **0.00** |

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 4, 2010**

**/s/ Richard Jones**
**Richard Jones**
**Jones & Hart Law Offices**
**138 Cass Street**
**Woodstock, IL 60098**
**815-334-8220**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Carl G. Myers**
       **Cheryl J. Myers**                            Case No. _____

                                     Debtor(s)               Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

       I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Carl G. Myers** | | |
| **Cheryl J. Myers** | X  **/s/ Carl G. Myers** | **February 4, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X  **/s/ Cheryl J. Myers** | **February 4, 2010** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Carl G. Myers**
        **Cheryl J. Myers**

_____
                                    Debtor(s)

Case No. _____

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **250**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 4, 2010**
        _____

**/s/ Carl G. Myers**
_____
**Carl G. Myers**
Signature of Debtor

Date:   **February 4, 2010**
        _____

**/s/ Cheryl J. Myers**
_____
**Cheryl J. Myers**
Signature of Debtor

1st AYD Chemical Corp.
Post Office Box 5298
Elgin, IL 60121

.

American Eagle Bank
550 Randall Road
S. Elgin, Il 60177

Amelia Glass Company
6521 Commercial Road
Crystal Lake, IL 60014

A-1 Equipment Sales & Service
1002 Courtaulds Drive
Woodstock, IL 60098

American Express
Customer Service
Post Office Box 7863
Ft. Lauderdale, FL 33329-7863

Auburndale Recycling Center
10453 S. George Ave., Box 137
Auburndale, WI 54412

A.H. Office Coffee Services
1151 Rohlwing Road
Rolling Meadows, IL 60008

American First Aid Services
784 Church Raod
Elgin, IL 60123

Audiosmith
17 E. Grand
Fox Lake, IL 60020

A2B Vehicle Transport, Inc.
3115 Foothill Blvd., #M165
La Crescenta, CA 91214

American Gases
3949 Grove Ave.
Gurnee, IL 60031

Auto Dealer Investments
970 Oaklawn
Elmhurst, IL 60126

Absolute Sound
814 N. Front Street, #A
McHenry, IL 60050

Anchor Towing
90 East Street
Crystal Lake, IL 60014

Auto Nation
Post Office Box 141149
Irving, TX 75014

Ace Hardware
215 N. Spring Street
Elgin, IL 60120

Antioch Chrysler Dodge Jeep
105 Route 173
Antioch, IL 60002

Auto Tech Center
4005 Elm Street
McHenry, IL 60050

AER
3311 Corporate Drive
Joliet, IL 60431

Aramark Uniform Services
Post Office Box 7177
Rockford, IL 61126

Auto USA
Post Office Box 406909
Atlanta, GA 30384

All Star Towing & Transporation
11878 Illinois Route 47
Huntley, IL 60142

Arlington Heights Ford
801 W. Dundee Rd.
Arlington Heights, IL 60004

Autobytel, Inc.
Post Office Box 30860
Los Angeles, CA 90030

Alloy Wheel Repair Specialists
22073 N. Pepper Rd., Unit E
Barrington, IL 60010

Associated Tire & Battery
6208 W. Roosevelt Rd.
Oak Park, IL 60304

Autosource Marketing
518 S. Route 31, #393
McHenry, IL 60050

Allstar Auto Glass
1244 Capitol Drive, Unit B
Addison, IL 60101

AT&T
Attn: Bankruptcy Department
Post Office Box 57907
Murray, UT 84157

Autotech & Niles Marketing
1006 Auburn Street
Rockford, IL 61103

Autotrader.Com
c/o Johnathan Neil & Assoc.
71 W. Main Street, #304
Freehold, NJ 07728

Benny Motor Sales
1780 S. Eastwood Drive
Woodstock, IL 60098

Carfax, Inc.
16630 Collection Center Drive
Chicago, IL 60693

Autotrader.com, LLC
Post Office Box 932207
Atlanta, GA 31193

Bestway Towing
5021 W. Elm Street
McHenry, IL 60050

Carsdirect.com
Dept. LA 23419
Pasadena, CA 91185

Autotransport.Com Inc.
3950 W. 155th Street
Markham, IL 60428

BG Products of IL
Post Office Box 181180
Fairfield, OH 45018

Cartridge World
17 E. Crystal Lake Plaza
Crystal Lake, IL 60014

Autozone
AZ Commercial
Post Office Box 791409
Baltimore, MD 21279

Blue Sky
5000 Executive Parkway, #275
San Ramon, CA 94583

Chase Auto Finance
Attn:  Dealer Reserve Dept.
Post Office Box 9197
Garden City, NY 11530-9197

B&B Automotive
913 . Front Street
McHenry, IL 60050

Brite-O-Matic Manufacturing
527 W. Algonquin Rd.
Arlington Heights, IL 60005

Chase Home Finance
Attention:  Bankruptcy Department
3415 Vision Drive
Columbus, Oh 43219

Balash Advertising
1 Trans Am Plaza, #320
Oak Brook Terrace, IL 60181

Bumper to Bumber/Lee Auto Parts
Auto-Wares-Illinois
440 Kirtland Street SW
Grand Rapids, MI 49507

Chase Home Finance
c/o Codilis & Assoc.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Barrington Dodge
495 W. Northwest Highway
Barrington, IL 60010

Buss Ford
111 S. Route 31
McHenry, IL 60050

Chicago Parts & Sound
c/o Franks, Gerkin & McKenna
Post Office Box 5
Marengo, IL 60152

Barry Ennessey
1091 Partridge Lane
Lake Zurich, IL 60047

Call One
Post Office Box 4044
Carol Stream, IL 60197

Chicago Parts & Sound
635 Wheat Lane
Wood Dale, IL 60191

Bear Oil Distributors
740 N. Larch Avenue
Elmhurst, IL 60126

Call One
Post Office Box 88454
Chicago, IL 60680

Chrysler Corporation
c/o Bank of America
91514 Collection Center, D
Chicago, IL 60693

Bekin Exterminating
840 Verdi Court
Woodstock, IL 60098

Capital One Auto Finance
Bankruptcy Department
Post Office Box 93016
Long Beach, CA 90809

Chrysler Financial
Post Office Box 9223
Farmington, MI 48333-9223

Citi Cards
Post Office Box 6500
Des Moines, IA 50368-8901

CRS Engineering
33 Center Drive, Unit A
Gilberts, IL 60136

Dealermine Corp.
8305 SE Monterey Ave., #210
Portland, OR 97086


Citi Cards
Post Office Box 6500
Sioux Falls, SD 57117-6500

Crystal Clean
c/o Heritage Crystal Clean
13631 Collections Center Dr.
Chicago, IL 60693-0136

Dealerpeak
223 SE 3rd Ave.
Portland, OR 97214


Citibank Cards
Box 6000
The Lakes, NV 89163-6000

Crystal Lake Brake & Auto
154 Virginia Street
Crystal Lake, IL 60014

Dealership Development, Inc.
1250 Grove Avenue, #305
Barrington, IL 60010


Citimortgage, Inc.
MC0023
Post Office Box 9442
Gaithersburg, MD 20898-9442

Crystal Lake Chrysler Jeep
5404 S. Route 31
Crystal Lake, IL 60012

Dealertrick
Post Office Box 6129
New York, NY 10249


Citizens Auto Finance/Great Bank
c/o Frantz Ward, LLP
2500 Key Center, 127 Public Square
Cleveland, OH 44114-1230

Crystal Lake Pontiac
6305 Northwest Hwy
Crystal Lake, IL 60014

Dealix Corp.
Dept. CH 17309
Palatine, IL 60055


ComCast
2508 West Route 120
McHenry, Il 60050

CVR
7000 Village Drive
Buena Park, CA 90621

Delware Place Bank
190 E. Delaware Place
Chicago, IL 60611


ComEd
Attn.: Revenue Management
2100 Swiss Drive
Oak Brook, Il 60523

Daewoo Motor America, Inc.
1055 W. Victoria Street
Compton, CA 90220

Dent Wizard
c/o Bank of America
3867 Collections Center Dr.
Chicago, IL 60693


Consumers Co-Op Credit Union
2750 Washington Street
Waukegan, IL 60085

Dales Window Cleaning
Post Office Box 153
Belvidere, IL 61008

Dentic, Inc.
Post Office Box 1281
Highland Park, IL 60035


Crash 1 Collision Center
5409 Northwest Highway
Crystal Lake, IL 60014

Dealer Track
Post Office Box 6129
New York, NY 10087

Dex
AT&T Real Yellow Pages
8519 Innovation Way
Chicago, IL 60682


Cross Check, Inc.
Post Office Box 6008
Petaluma, CA 94955

DealerImpact Systems
7725 Douglas Avenue
Urbandale, IA 50322

DHL Express
Post Office Box 4723
Huston, TX 77210

DLR Solutions
Post Office Box 573
Spring Grove, IL 60081

DCFS Chrysler Jeep Dodge
6710 Frontage Road
Northfield, IL 60093

GMAC Mortgage Corporation
Post Office Box 4622
Waterloo, Io 50702-5345

Edwin Cubero
1633 N. 76th Court
Elmwood Park, IL 60707

Fifth Third Bank
Cust. Ser. Dept./Mail Drop 1090G1
38 Fountain Square Plaza
Cincinnati, OH 45263

Great American Business Products
6701 Concord Park Dr.
Houston, TX 77040

Enterprise Oil Company
Slot 303263
Post Office box 66973
Chicago, IL 60666

Fifth Third Bank
c/o Polsinelli Shughart
161 N. Clark, #4200
Chicago, IL 60601

Greater Chicago Auto Auction
20401 Cox Avenue
Matteson, IL 60443

Enterprise Rental Round Lake
604 W. Rollins Road
Round Lake, IL 60073

First Impression
327A Old McHenry
Long Grove, IL 60047

Greater Milwaukee AA
8711 W. Brown Deer Rd.
Milwaukee, WI 53224

Erickson Auto Trim
2210 Lathrop Avenue
Racine, WI 53405

Four Wheel Drive
Post Office Box 57
Columbiana, OH 44408

H.C.S.
213-37 39th Avenue
Bayside, NY 11361

Extreme Ford
5213 Northwest Highway
Crystal Lake, IL 60039

Fox Lake Toyota/Scion
75 S. Route 12
Fox Lake, IL 60020

Hardt, Stern & Kayne, PC
2610 Lake Cook Road, #200
Riverwoods, IL 60015

Extreme Jeep, Inc.
3017 W. Route 120
McHenry, IL 60050

FP Mailing Solutions
Dept. 4272
Carol Stream, IL 60122-4272

Harris
c/o Riebandt & DeWald
1237 S. Arlington Hts Rd., Box 188
Arlington Heights, IL 60006-1880

Fairway Golf Cars
150 W. Crystal Street
Cary, IL 60013

Francotyp-Postalia, Inc.
Dept. 4272
Carol Stream, IL 60122

Harris, NA
Dealer Reserve Dept.
3800 Golf Road, Box 5037
Rolling Meadows, IL 60008

Federal Express
Post Office Box 94515
Palatine, IL 60094

Gerber Auto Collision
3006 Route 120
McHenry, IL 60051

Herb Kuhn Equipment Sales
205 Indian Boundary Rd.
Plainfield, IL 60544

Federal Express
c/o North Shore Agency
270 Spagnoli Road
Melville, NY 11747

Glenns Glass Repair
1985 Church Road
Aurora, IL 60505

Heritage Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693

Hiller Ford
6455 S. 108th Street
Franklin, WI 53132

Interstate Battery Systems
333 State Road
Island Lake, IL 60042

Bee Auto Parts Bumper to Bumper
2301 S Ashland Ave.
Chicago, IL 60608

Home State Bank
40 Grant Street
Crystal Lake, Il 60014

ITW Wynn's US
75 Remittance Dr., #6342
Chicago, IL 60675

Liberty Auto City
1000 E. Park Ave.
Libertyville, IL 60048

Homenet
1605 Main Street, #910
Sarasota, FL 34236

J & B
3213 Ezra Avenue
Zion, IL 60099

Libertyville MItsubishi
1119 S. Milwaukee Ave.
Libertyville, IL 60048

Horizon Bank
515 Franklin Square
Michigan City, IN 46360

Jack Wolf Chrysler Jeep, Inc.
Post Office Box 250
1615 N. State Street
Belvidere, IL 61008

Lighting Maintenance & Repair
Post Office Box 147
Fox Lake, IL 60020

Hunt Automotive Electronics
24607 Schoenherr
Warren, MI 48089

Jan-Pro Of Northern IL
16WS. Frontage Rd., #33
Burr Ridge, IL 60527

LKQ Corp.
2101 Beloit Ave.
Janesville, WI 53546

IL Office St. Fire Marshall
Div Boiler & Pressure
1035 Stevenson Drive
Springfield, IL 62703

Just Energy
35190 Eagle Way
Chicago, IL 60678-1351

LKQ Corp.
2101 Beloit Avenue
Janesville, WI 53546

Image Masters Automotive
c/o Edward Kirt
3143 Debra Lane
Racine, WI 53403

Just Tires Mt. Prospect
102 E. Rand Road
Mount Prospect, IL 60056

M A P Automotive
1000 Camera Avenue, #D
Saint Louis, MO 63126

Inland Arts & Graphics
14440 W. Edison Drive, Box 575
New Lenox, IL 60451

Kelley Williamson Company
Post Office Box 17082
Rockford, IL 61110

Maaco Coll Repair & Auto Paint C
2826 Barney Court
McHenry, IL 60051

Internal Revenue Service
230 South Dearborn Street
STOP 5013-CHI
Chicago, Il 60604

KeyTrak, Inc.
Post Office Box 4346
Houston, TX 77210

Manheim Chicago
20401 Cox Avenue
Matteson, IL 60443

Interstate Battery Systems
1160 Flex Court
Lake Zurich, IL 60047

Lake Auto Supply
Post Office Box 535
Crystal Lake, IL 60039

Manheim Milwaukee
561 27th Street
Caledonia, WI 53108

Manheims Auto Auction
1190 Lancaster Road
Manheim, PA 17545

Metro Milwaukee Auto Auction
561 Grant Street
Caledonia, WI 53108

Modern Consumer
Driversloans.Com
270 Lafayette Steet, #201
New York, NY 10012

Marathon Towing
Post Office Box 1942
McHenry, IL 60050

MHS Physicians
Post Office Box 5081
Janesville, WI 53547-5081

National City Mortgage
Post Office Box 1820
Dayton, OH 45401-1820

Master's Touch Interiors, LLC
9712 Wright Road
Harvard, IL 60033

Michael J. O'Malley & Assoc.
107 1/2 W. Prospect Ave.
Mount Prospect, IL 60056

Nicor
Post Office Box 2020
Aurora, Il 60507-2020

McHenry Area Chamber of Commerce
1257 N. Green Street
McHenry, IL 60050

Mid-American Heating & Air Cond.
2402 Spring Ridge, #1
Spring Grove, IL 60081

Northern Key & Lock
4702 Route 176
Crystal Lake, IL 60014

McHenry County Club
280 N. John Street
McHenry, IL 60050

MidAmerican Energy
Post Office Box 8020
Davenport, IA 52808

Northwest Voltwagon
Post Office Box 9967
Daytona Beach, FL 32120

McHenry Muffler
907 W. Route 120
McHenry, IL 60050

Midwest Auto Seal
1153 Lee Street, #151
Des Plaines, IL 60016

Novus Windshield Repair
2237 N. Meridian Rd.
Chana, IL 61015

McHenry NAPA Auto Parts
Lake Auto Supply
Post Office Box 535
Crystal Lake, IL 60039

Midwest Hub Cap & Wheel
Post Office Box 241
Fox River Grove, IL 60021

Ormsby Motors
50 W. Main Street
Crystal Lake, IL 60014

MDC Environmental Serv.
c/o ARM Solutions
1746-F S. Victoria Ave., #344
Ventura, CA 93003-6538

Midwest Wheel Covers
Post Office Box 0241
Fox River Grove, IL 60021

Oz Wheel Repair
726 Lacy Avenue
Streamwood, IL 60107

MDC Environmental Services
Post Office Box 673043
Milwaukee, WI 53267

Miller Motors
1196 Milwaukee Ave.
Burlington, WI 53105

P.D.R.
2542 Live Oak Lane
Buffalo Grove, IL 60089

Metlife Small Business Ctr.
Post Office Box 804466
Kansas City, MO 64180-4466

Minuteman Press
3410 W. Elm Street
McHenry, IL 60050

Paetec
Post Office Box 3243
Milwaukee, WI 53201

Palmen Motors
5431 75th Street
Kenosha, WI 53142

Premio Wheel Repair
500 Ridgemont Road
Collinsville, IL 62234

Rick & Lee's Mobil
5955 Virginia Rd.
Crystal Lake, IL 60014

Paper Tiger
1101 N. Estes Avenue
Gurnee, IL 60031

Pro Finish
649 Chase Avenue
Elk Grove Village, IL 60007

Riverwalk Place Homeowners Asso
c/o Anthony Esposito, Registered A
3336 Waukegan Road
McHenry, IL 60050

Perennial Vacation Club
1625 State Route 88, #104
Minden, NV 89423

Purchase Power
Pitney Bowes
Post Office Box 856042
Louisville, KY 40285

Riverwalk Place Homeowners Asso
c/o Phillip J. Robertson
60-B W. Terra Cotta Ave., #137
Crystal Lake, IL 60014

Performance Software
Post Office Box 60042
Fort Myers, FL 33906

Quality Oil Company
55 North 400 East
Valparaiso, IN 46383

Roadrunners Auto Transport
3950 W. 155th Street
Markham, IL 60428

Peterson Roofing, Inc.
403 N Salem
Arlington Heights, IL 60005

R/K Autobody
266 E. Prairie Street
Crystal Lake, IL 60014

Rockford Auto Parts
923 Seminary Street
Rockford, IL 61104

Pitney Bowes Global Financial Serv.
Post Office Box 856460
Louisville, KY 40285

Ray Chevrolet Geo Suzuki
39 N. Route 12
Fox Lake, IL 60020

Rockford Industrial Welding
Post Office Box 5404
Rockford, IL 61125

Pitstop Crystal Lake
7402 Teckler Blvd.
Crystal Lake, IL 60014

Reichert Chevrolet
5220 E. Northwest Highway
Crystal Lake, IL 60014

Ron Hopkins Ford
1045 E. Chicago Street
Elgin, IL 60120

Power Line Supply
1430 Reliable Parkway
Chicago, IL 60686

Results One
c/o Steve Salutric
1212 Lake Side Lane
Carol Stream, IL 60188

Rosen Hyundai of Algonquin
771 S. Algonquin Road
Algonquin, IL 60102

Precision Service & Parts
282 Messner Drive
Wheeling, IL 60090

Results One Financial, LLC
945 Oaklawn Ave.
Elmhurst, IL 60126

Rosen Nissan, Suzuki Kia Daewoo
5505 S. 27th St.
Milwaukee, IL 53221

Precision Service & Parts, Inc.
c/o McMahan & Sigunick, Ltd.
412 S. Wells Street, 6th Floor
Chicago, IL 60607

Reynolds & Reynolds
23150 Network Place
Chicago, IL 60673

Roush Performance Products
12445 Levan Road
Livonia, MI 48150

S&S Automotive
740 N. Larch Avenue
Elmhurst, IL 60126

Staples Business Advantage
Dept. Det. 2368
Post Office Box 83689
Chicago, IL 60696

Taiai Car Prsoi Care
5409 E. Northwest Highway
Crystal Lake, IL 60014

Safety Kleen Corp.
Post Office Box 650509
Dallas, TX 75265-0509

Statland & Valley
111 E. Wacker Drive, #2601
Chicago, IL 60601

Tri-County Truck Tops
Post Office Box 279
Algonquin, IL 60102

Sams Club
Post Office Box 981064
El Paso, TX 79998

Superior Auto Parts, Inc.
1003 Vernon Street
Altoona, WI 54720

Tribune Interactive
14891 Collection Center Drive
Chicago, IL 60693

Scantex Office Systems
Post Office Box 1204
McHenry, IL 60050

Superior Sound
740 N. Larch Avenue
Elmhurst, IL 60126

Tuscany
2811 Tuscany Drive
Elkhart, IN 46514-7639

Sentry Select Insurance
Box 88315
Milwaukee, WI 53288-0315

Talro Auto Insurance
4900 W. Belmont
Chicago, IL 60641

Unishippers
2500 W. Higgins Rd., #1110
Hoffman Estates, IL 60169

Shell Gas
3110 W. Route 120
McHenry, IL 60050

That'A Great News
Post Office Box 877
Cheshire, CT 06410

UPS
Lockbox 577
Carol Stream, IL 60132

Sign A Rama USA
6217 Northwest Highway
Crystal Lake, IL 60014

That'A Great News
c/o Direct Receivable Mgmt. Corp.
Post Office Box 4735
Manchester, NH 03108

Upton Properties, Inc.
Post Office Box 899
Antioch, IL 60002

Speedway Distributors, Inc.
Post Office Box 9
Belleville, KS 66935

The Match Man Co.
Post Offic ebox 5310
Vernon Hills, IL 60061

US Bank
Post Office Box 790408
Saint Louis, MO 63179

Speedway Superamerica, LLC
Attn:  Credit Customer Serv.
Post Office Box 1590
Springfield, OH 45501

Tire Kingdom
Post Office Box 406010
Atlanta, GA 30384

US Bank Dealer Reserve
Post Office Box 2188
Oshkosh, WI 54903-2188

Stans Office Technologies
1375 S. Eastwood Drive
Woodstock, IL 60098

Top Coverage, Ltd.
963 E. Chicago Street
Elgin, IL 60120

Viking Dodge, Inc.
Post Office Box 537
Crystal Lake, IL 60014

Vintage Parts, LLC
Post Office Box 376
Beaver Dam, WI 53916


Volt-Wagon
Post Office box 9967
Daytona Beach, FL 32120


VRS Transport
984 A Lee Street
Des Plaines, IL 60016


VRS Transport
c/o Cosley Law Office
1855 Rohlwing Rd., #D
Rolling Meadows, IL 60008


Walter Alarm Services
Post Office Box 522
Crystal Lake, IL 60039


Waste Management
Post Office Box 4648
Carol Stream, IL 60197


Wheel Pros
1329 Gateway Dr.
Elgin, IL 60124


Whitey's Towing
520 Cary-Algonquin Road
Cary, IL 60013


Yellow Book
Post Office Box 660052
Dallas, TX 75266


Zanck, Coen & Wright
40 Bring Street
Crystal Lake, IL 60014